UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE AGUILAR, | Case No. 18-07500 EJD (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| L. FU, et al., | |
| Defendants. | |

Plaintiff, a California state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On April 22, 2019, the Court dismissed Plaintiff's complaint with leave to amend within twenty-eight days, *i.e.*, no later than May 20, 2019. (Docket No. 10.) Plaintiff was advised that failure to respond in accordance with the Court's order by filing an amended complaint in the time provided would result in the dismissal of this action without prejudice and without further notice to Plaintiff. (Id. at 6.)

To date, Plaintiff has failed to file an amended complaint or to have any further communication with the Court. Accordingly, this action is **DISMISSED** without prejudice for Plaintiff's failure to file an amended complaint. The Clerk shall terminate all pending motions and close the file.

///

**IT IS SO ORDERED.**

Dated: ___6/3/2019___  _____
EDWARD J. DAVILA
United States District Judge